## John F. Devine, Administrator, Appellee, v. Raffaele Cotunio, Appellant.

### Gen. No. 18,935.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed June 24, 1914.

### Statement of the Case.

Action by John F. Devine, administrator of the estate of Francisco Valenza, deceased, against Raffaele Cotunio to recover five hundred dollars agreed to be paid for the interest of the deceased in a partnership. Francisco Valenza prior to his death was in partnership with one Guiseppe Montemuro in the saloon business and after his death defendant entered into an arrangement with one of the heirs of the deceased and the surviving partner to purchase the interest of the deceased in the partnership. Defendant thereafter conducted the business jointly with Montemuro and later purchased his interest and conducted the business as sole owner thereof. The purchase price for the interest of the deceased partner's interest was never paid and this suit is brought by the public administrator to recover the same. From a judgment for plaintiff, defendant appeals.

JOHN A. McANROW, for appellant.

GEORGE SASS, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. PARTNERSHIP, § 275*—*effect of death of partner.* Upon the death of one of two partners the partnership is dissolved, and it

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

thereupon becomes the duty of the surviving partner to proceed at once to settle up the partnership and to account for the interest of the deceased partner.

2. PARTNERSHIP, § 299*—*method of making accounting.* Where a partnership becomes dissolved upon the death of a partner, an accounting may be made either in the Probate Court or directly with the legal representative of the deceased partner.

3. PARTNERSHIP, § 286*—*effect of arrangement for purchase of deceased partner's interest.* Where upon the death of one of two partners a person by an arrangement with one of the heirs of the deceased partner and the surviving partner agrees to purchase the interest of such deceased partner at a stipulated price, the legal effect of the arrangement is that the agreed consideration should be paid to the estate.

4. PARTNERSHIP, § 286*—*when representative of estate of deceased partner may elect to ratify purchase of such partner's interest.* Where upon the death of one of two partners a person by agreement with one of the heirs of the deceased partner and the surviving partner purchases the interest of such partner at a stipulated price with the consent of the surviving partner, the arrangement is not such an accounting as will relieve the surviving partner from liability to the estate of the deceased partner, but the representative of the deceased partner may elect to ratify the arrangement and hold the purchaser to his bargain.